```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**PALMARIS IMAGING OF WEST**
**VIRGINIA, PLLC, a West Virginia**
**Limited Liability Company,**

        **Plaintiff,**

**v.**                      //    CIVIL ACTION NO. 1:06CV167
                                  (Judge Keeley)

**AMERIRAD, INC., a West**
**Virginia Medical Corporation,**

        **Defendant.**

## ORDER ENTERING FINAL JUDGMENT ON PLAINTIFF'S CLAIMS UNDER THE PARTIES' ASSIGNMENT AGREEMENT

In accord with its July 6, 2007 Order granting the plaintiff's motion for partial summary judgment, and pursuant to Federal Rule of Civil Procedure 54(b), the Court finds no just reason for delay of the entry of final judgment on the plaintiff's breach of contract claim under the parties' Assignment Agreement. Therefore, the Court **DIRECTS** the Clerk's Office to enter final judgment on that claim in accord with the provisions set forth in its July 6, 2007 Order. (Doc. No. 25.)

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: July 12, 2007.

                                           /s/ Irene M. Keeley
                                           IRENE M. KEELEY
                                           UNITED STATES DISTRICT JUDGE