# FILED

AUG 9  2007

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## CLARKSBURG DIVISION

Palmaris Imagining of West Virginia, PLLC
a West Virginia Limited Company,

       Plaintiff,

v.                                  Civil Action No.1:06-cv-167

Amerirad, Inc.,
a West Virginia Medical Corporation,

       Defendant.

### SATISFACTION OF JUDGMENT ORDER

This day came the Plaintiff Palmaris Imaging of West Virginia, LLC, by William J. Leon, its counsel, and Defendant Amerirad, Inc., by Charles F. Bellomy, its counsel.

Thereupon the parties announced to the Court that the judgment entered by the Court in an Order dated July 6, 2007 wherein the Plaintiff received judgment against Amerirad, Inc. in the amount of Ninety-Eight Thousand Seven Hundred Forty-Three Dollars and Fifty-Seven Cents ($98,743.57) plus 4.94% in post-judgment interest accruing from the date of judgment, has been fully satisfied and is hereby released.

Accordingly, it is **ORDERED** that said judgment is satisfied and released and is to be stricken from the Court's docket.

The Clerk is hereby directed to send copies of this order to all parties of record.

Enter this _____9th_____ day of July, 2007. *august*


                                    *Irene M. Keeley*
                                IRENE M. KEELEY, JUDGE

{H0010022.1}

Reviewed by:

_____
J.H. Mahaney, Esquire (WV Bar # 6993)
Charles F. Bellomy, Esquire (WV Bar # 9117)
P.O. Box 2185
Huntington, WV 25722-2185

**COUNSEL FOR DEFENDANT,
AMERIRAD, INC.**

_____
William J. Leon, Esquire
WILLIAM J. LEON, LC
117 Tibbs Rd.
Morgantown, WV 26508

**COUNSEL FOR PLAINTIFF**