IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

PALMARIS IMAGING OF WEST
VIRGINIA, PLLC, a West Virginia
Limited Liability Company,

      Plaintiff,

v.                   //    CIVIL ACTION NO. 1:06CV167
                                (Judge Keeley)

AMERIRAD, INC., a West
Virginia Medical Corporation,

      Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

On November 30, 2007, the Defendant, by counsel, filed a motion to extend the dispositive motion deadline in this case. The Plaintiff does not oppose this motion. The Defendant asserts that it needs the deadline extended until January 31, 2008 in order to conduct depositions on two important fact witnesses who are unavailable until January. Extending this deadline will not impact other dates on this Court's calendar.

For good cause shown, the deadline for the filing of dispositive motions in this case is extended. The parties shall file any dispositive motions **no later than January 31, 2008**. The parties shall file responses to dispositive motions **no later than February 15, 2008**. The parties may file replies to dispositive motions **no later than February 29, 2008**.

Palmaris v. Amerirad                                    1:06CV167

## ORDER GRANTING DEFENDANT'S MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Scheduling Order to counsel of record.

DATED: December 3, 2007.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE